**UNITED STATES DISTRICT COURT**
**for the**
**Western District of Kentucky**
**Bowling Green Division**

| | |
|---|---|
| MITCHELL STOTLAND,<br>Plaintiff,<br>v.<br>JAMES E. GARMON and LJ DRILLING, LLC,<br>Defendants. | Civil Action No. 1:26CV-158-JHM |

## SUMMONS IN A CIVIL ACTION

**To:**

**JAMES E. GARMON / LJ DRILLING, LLC**
8668 Glasgow Road
Burkesville, KY 42717

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mitchell Stotland
Plaintiff, Pro Se
2885 Sanford ave sw ste 46566
Grandville MI 49418
Phone: 6167301838
Email: mstotland17@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT　　　　　　　　　　Date: ______________________

________________________________________
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26CV-158-JHM

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) **JAMES E. GARMON**

was received by me on (date) ____________________.

☐ I personally served the summons on the individual at (place)
__________________________________________________ on (date) ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
______________________________________, a person of suitable age and discretion who resides there,
on (date) ____________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)
_________________________________________________, who is
designated by law to accept service of process on behalf of (name of organization)
__________________________________________________ on (date) ____________________; or

☐ I returned the summons unexecuted because _________________________________________________;
or

☐ Other (specify):
__________________________________________________________________________

My fees are $ _____________ for travel and $ _____________ for services, for a total of $ _____________.

I declare under penalty of perjury that this information is true.

Date: ____________________

_________________________________________
*Server's signature*

_________________________________________
*Printed name and title*

_________________________________________
Server's address

*Additional information regarding attempted service, etc:*