# Case Assignment
# Civil

Case number **1:26CV-158-JHM**

NOTE: Judge not assigned by system for this event.

Assigned on 9/3/2026 11:42:04 AM
Transaction ID: 135721

Return

new pro se non-prisoner complaint with no attachments
one summons tendered
filing fee not yet paid
no IFP motion filed