**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**

**MITCHELL STOTLAND**

**PLAINTIFF**

v. **Civil Action No. 1:26CV-00158-JHM**

**JAMES E. GARMON, et al.**

**DEFENDANTS**

**NOTICE TO PRO SE LITIGANT**

The following information is provided to pro se litigants to inform them about rules and procedures governing how they communicate with the Court. All litigants are expected to comply with the Federal Rules of Civil Procedures and this Court's Local Rules.

- Leave a margin instead of writing to the very edge.
- Use standard 8.5 x 11 paper, if possible.
- Refrain from writing on the back, unless necessary.
- Write legibly and with a dark instrument.
- Always include a case number. Filings may not contain more than one case number. If a litigant wishes to file a document in more than once case, he/she must file separate documents for each case.
- Always sign the pleading and provide full address.
- Notify the Court upon any address change. If a litigant fails to keep the Court informed of his/her current address, the action may be dismissed.
- If a litigant seeks relief from the Court, he/she must do so in the form of a written motion. Other filings directed to the Court, such as letters, declarations, or notices, should not be filed and may not be considered by the Court.