USDC KYWD - Notice On Summons (Rev. 8/07)

# United States District Court
# Western District of Kentucky
# at BOWLING GREEN DIVISION

## *NOTICE ON SUMMONS*

**TO:** Mitchell Stotland

**CASE #:** 1:26-cv-158-JHM

**STYLE OF CASE:** Stotland v. Garmon et al

**DOCUMENT TITLE:** Complaint DN 1

**DATE:** 9/3/2026

**BY:** EAS
*DEPUTY CLERK*

---

**Incomplete summons tendered and summons not on Court-approved form.**

**James E. Garmon**
**LJ Drilling, LLC**

Enclosed are summons forms. Please complete a summons form for each defendant listed above and return to the Clerk's Office of this Court. See Fed. R. Civ. P. 4.

If you have requested, or intend to request, that a defendant in the action waive service of the summons pursuant to Fed. R. Civ. P. 4(d)(1), you may disregard this notice. Please note, however, if you are suing the United States (and its agencies, corporations, or officers) or a state, local or foreign government, you CANNOT request a waiver of service and must serve such defendants with a summons.