# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

## *Pro Se* (Non Prisoner)
## Registration to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), Fed. R. Civ. P. 77(d), Joint Local Rules of Civil Practice 5.5 and the Court's Electronic Case Filing Administrative Policies and Procedures, unsealed documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I Mitchell Stotland (*print name*) hereby request and consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waive the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(C) and Fed.R.Civ.P. 77(d) in the following case(s) to which I am a party: 1:26-cv-158-JHM.

I will provide written notice of any change in my personal data, such as name, address, and/or e-mail address in each case to which I am a party. I understand that if I wish to discontinue receiving documents electronically, I will promptly notify the office of the Clerk of the Court in writing to request cancellation of electronic service.

I understand that litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by **single** clicking on the hyperlinked document number. Double-clicking the document number will result in the loss of the one "free look." The one "free look" will expire 15 days from the date the notice was sent. After the "free look" is used or expires, the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.)

It is mandatory that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: mstotland17@gmail.com

DATE: 9/3/26

[signature]
Signature of Litigant

2885 sanford ave sw ste 46566
Mailing Address

grandville mi 49418
City, State, Zip Code

6167301838
Telephone Number

FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Sep 03, 2026

**Mail or bring this form to:**
**601 W. Broadway**
**Louisville, KY 40202.**